UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number: 9:19-cv-80058-JIC**

| | |
|---|---|
| Natasha Alexis, | : |
| Plaintiff, | : |
| vs. | : |
| Diversified Adjustment Service, Inc., | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the Parties have reached a settlement in principle.

Plaintiff is filing this notice with Defendant's approval and permission.

Dated this 19th day of June, 2019.

/s/ Janelle A. Weber
Janelle A. Weber, Esq.
Florida Bar No. 017630
Law Office of Janelle A. Weber, P.A.
1520 W. Cleveland St., Ste. A
Tampa, FL 33606
Telephone: (813) 982-3663
Facsimile: (813) 982-3810
E-mail: jweber@janelleweberlaw.com

## CERTIFICATE OF SERVICE

 THIS IS TO CERTIFY that, on June 19, 2019, a copy of the foregoing was filed via the CM/ECF system for the Southern District of Florida, which sent notice of such filing to the following:

Barbara Fernandez, Esq.
bfernandez@hinshawlaw.com
Neda Ghomeshi, Esq.
nghomeshi@hinshawlaw.com
*Counsel for Defendant*

            */s/ Janelle A. Weber*
            Janelle A. Weber, Esq.