UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

NATASHA ALEXIS,

    Plaintiff,

vs.   Case No. 19-80058-CV-COHN/ MATTHEWMAN

DIVERSIFIED ADJUSTMENT SERVICES, INC.,

    Defendant
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective attorneys, that pursuant to Rules 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, this action and all claims asserted herein by Plaintiff against Defendant, be and is hereby dismissed with prejudice, with each party to bear any remaining costs and attorneys' fees.

The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' Release & Settlement Agreement.

Jointly submitted on August 13, 2019, by counsel for the parties below,

| | |
|---|---|
| *s/ Janelle A. Weber* | *s/ Peter A. Hernandez* |
| Janelle A. Weber | Barbara Fernandez |
| Florida Bar No. 017630 | Florida Bar No. 0493767 |
| jweber@janelleweberlaw.com; | bfernandez@hinshawlaw.com |
| janelle.weber@outlook.com; | Peter A. Hernandez |
| filings@lemberglaw.com | Florida Bar No. 64309 |
| Law Office of Janelle A. Weber, P.A., | pahernandez@hinshawlaw.com |
| 1520 W. Cleveland St., Suite A | HINSHAW & CULBERTSON LLP |
| Tampa, Florida 33606 | 2525 Ponce de Leon Blvd., 4th Floor |
| Telephone: 813-982-3663 | Coral Gables, FL 33134 |
| Facsimile: 813-982-3810 | Telephone: 305-358-7747 |
| Attorneys for Plaintiff | Facsimile: 305-577-1063 |
| | Attorneys for Defendant |