UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80058-CIV-COHN/MATTHEWMAN

NATASHA ALEXIS,

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICES, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation") [DE 41.]  The Court has reviewed the Stipulation and the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**;

2. The Court shall retain jurisdiction to enforce the Parties' Release and Settlement Agreement; and

3. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of August, 2019.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF